UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:02CV-626-H

JOSE LESCAILLES, et al.                                                                     PLAINTIFFS

V.

ANN TAYLOR DISTRIBUTION SERVICES, INC.                                  DEFENDANT

**MEMORANDUM AND ORDER**

Defendant, Ann Taylor Distribution Services, Inc. has moved for partial summary judgment. Plaintiffs allege that Defendant's discriminatory practices caused damages during and after their employment.

As to most of these claims discovery has been delayed due to circumstances beyond anyone's control. Based upon the evidence presented, it appears unlikely that most Plaintiffs will prove a loss of earnings after leaving employment with Defendant. Nevertheless, the parties have not discussed the circumstances of each separation and the viability of Plaintiffs' theory that Defendant's discrimination may have depressed their wages. The Court finds this matter unclear so far and that not much is gained by granting summary judgment prematurely.

The Court finds one exception. The response of Plaintiff, Francisco Gonzales, demonstrates that his injuries arise from a work-related injury for which he has received compensation. Plaintiff cannot claim the same damages in a civil rights action. *See American General Life and Accident Co. v. Hall*, 74 S.W.3d 688 (Ky. 2002).

Plaintiffs concede that their claims for punitive damages are invalid under the Kentucky

Civil Rights Act. Being otherwise sufficiently advised,

  IT IS HEREBY ORDERED THAT:

  1. Defendant's motion for summary judgment as to Plaintiffs' claims for punitive damages is SUSTAINED.

  2. Defendant's motion for summary judgment as to the claim of Francisco Gonzales is SUSTAINED and that claim is DISMISSED WITH PREJUDICE.

  3. Defendant's motions for summary judgment as to all other claims for alleged lost wages are DENIED at this time. The Court may reconsider these issues at a later time.

  4. The trial date set for June 13, 2005 is CONTINUED.

cc: Counsel of Record