UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:02CV-626-H

JOSE LESCAILLES, et al.                                                                                       PLAINTIFFS

V.

ANN TAYLOR DISTRIBUTION SERVICES, INC.                                              DEFENDANT

**MEMORANDUM AND ORDER**

The parties met for a pretrial conference and settlement discussions. The settlement conference was not fruitful. However, the parties did discuss many issues in the case. The Court makes the following conclusions.

It is apparent that no evidence supports a theory of national origin discriminatory firing. Moreover, no evidence demonstrates any lost income. Therefore, all Plaintiffs' claims for discriminatory firing are dismissed with prejudice.

On the other hand, the claims of Francisco Gonzalez appear to have been wrongfully dismissed. Gonzalez may maintain a claim for national origin harassment in the work place along with the other three remaining Plaintiffs. The Gonzalez claim is restored to that degree. To pursue such a claim, Plaintiffs must show harassment based on national origin that creates an intimidating, hostile or offensive working environment that severely affects their psychological well being. The conduct must be severe and pervasive.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs' national origin discrimination claims based

on an adverse employment action are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Francisco Gonzalez's claim for national origin harassment is REINSTATED.

IT IS FURTHER ORDERED that the remaining parties may pursue their national origin harassment claims.

IT IS FURTHER ORDERED that the parties shall submit an amended discovery order.

cc:     Counsel of Record